LEHMAIER *et als. v.* KING.

Nelson v. Nelson (6 Cal. R., 430) affirmed.

APPEAL from the District Court of the Fourth Judicial District, County of San Francisco.

This action was commenced on the first day of April, 1857, in

the Fourth District Court, on three several promissory notes, made by defendants, in the city of New York, and dated, respectively, January 27, 1853, and May 20, 1853. The notes are payable in six, ten, and eight months, after their respective dates.

The defendant plead the Statute of Limitations; "that the notes were made out of this State; and the several causes of action arising thereon, and mentioned in the said complaint, accrued to the plaintiff more than two years before the commencement of this suit." To which answer the plaintiffs demurred, on the ground that the same "does not state facts sufficient to constitute a cause of defence."

The Court sustained the demurrer, and the defendant appealed to this Court.

*Crockett, Baldwin, and Crittenden,* for Appellant.

*Harmon and Labatt* for Respondents.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., concurring.

Judgment affirmed, on the authority of Nelson v. Nelson, (6 Cal., 430.)